**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x

**CRUZ**

                           **Plaintiffs,**

         **-against-**

**NETWORK INFRASTRUCTURE INC. ET AL**

                        **Defendants.**

--------------------------------------------------------- x

**1:25-cv-832** (ALC)

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' letter filed on December 15, 2025. ECF No. 25.

The Court reschedules the telephonic conference to December 18, 2025 at 4 pm. The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated:**    **December 15, 2025**
             **New York, New York**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**