**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x

CRUZ

                    **Plaintiffs,**

          -against-

NETWORK INFRASTRUCTURE INC. ET
AL

                 **Defendants.**

-------------------------------------------------------- x

       **1:25-cv-832 (ALC)**

       <u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

Following the 12/18 telephonic conference, the Court ORDERS the following briefing

schedule for Defendants' Motion to Dismiss.

Defendants' Brief by 1/22/26

Plaintiffs' Opposition by 2/12/26

Defendants' Reply (if any) by 2/19/26

**SO ORDERED.**

Dated:    **December 22, 2025**

       **New York, New York**

                            **ANDREW L. CARTER, JR.**
                            **United States District Judge**