

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Edward H. Grimmett**
egrimmett@kaufmandolowich.com

MEMO ENDORSED            January 16, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___1/20/26___

**VIA ECF AND EMAIL**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Noel Cruz, et al. v. Network Infrastructure, Inc., et al.*
              Case No. 1:25-cv-00832-ALC

Dear Judge Carter:

      This firm represents defendants, Network Infrastructure, Inc. d/b/a Network Infrastructure ("Network"), Patrick Clarke ("Clarke"), and Craig Lusardi (collectively, the "Defendants"), in the above-referenced action.  We are writing, with the consent of Plaintiffs' counsel, to respectfully request a brief extension of Defendants' deadline to file the motion to dismiss the Amended Complaint.  Please be advised that Defendants have been actively preparing the anticipated motion to dismiss.  However, we respectfully request this extension because I am unexpectedly out of the office tending to a family issue. This is Defendants' first request for an extension to this deadline. As such, we respectfully request that the briefing schedule established by the Court be modified as follows:

- Defendants' deadline to file the motion to dismiss the Amended Complaint to be extended from January 22, 2026 to January 29, 2026.
- Plaintiffs' deadline to oppose Defendants' motion to dismiss the Amended Complaint to be extended from February 12, 2026 to February 26, 2026; and
- Defendants' deadline to file a reply in further support of their motion to dismiss the Amended Complaint to be extended from February 19, 2026 to March 5, 2026.

      We thank the Court for its consideration of this request.

                    Respectfully Submitted,
                    Kaufman Dolowich LLP

                    Edward Grimmett

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record (via ECF)

1/20/26