**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**NOEL CRUZ AND JAMIE DIAZ.,**

**Plaintiffs,**

**-against-**

**NETWORK INFRASTRUCTURE, INC. d/b/a NETWORK INFRASTRUCURE, et al.,**

**Defendants.**

**25-cv-832 (ALC)**

**ANDREW L. CARTER, JR., United States District Judge:**

On July 29, 2026, in related case 24-cv-5442, the parties submitted a request for a stay to continue settlement discussions. The parties should submit a joint status report by August 18, 2026, regarding settlement discussions in this matter.

**SO ORDERED.**

Dated: August 11, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**