**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| **NOEL CRUZ and JAMIE DIAZ,** | : | |
| **Plaintiff,** | : | **1:25-cv-832 (ALC)** |
| **-against-** | : | **<u>ORDER</u>** |
| **NETWORK INFRASTRUCTURE, INC. d/b/a NETWORK INFRASTRUCTURE, et al.,** | : | |
| **Defendants.** | : | |

---

**ANDREW L. CARTER, JR., United States District Judge:**

The hearing schedule for Thursday, September 3, 2026, at 12:00 p.m. is ADJOURNED to September 8, 2026, at 11:30 a.m. The parties should appear in person at the Thurgood Marshall United States Courthouse, 40 Foley Square, in **Courtroom 444** on the date and time specified above.

**SO ORDERED.**

**Dated:** September 2, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**