**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**NOEL CRUZ and JAMIE DIAZ,**

**Plaintiff,**

**-against-**

**NETWORK INFRASTRUCTURE, INC. d/b/a NETWORK INFRASTRUCTURE, et al.,**

**Defendants.**

**1:25-cv-832 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

For the reasons stated at the September 8, 2026, hearing, Defendants' Motion to Dismiss, ECF No. 30, is DENIED without prejudice.

The Clerk of Court is respectfully directed to terminate ECF No. 30.

**SO ORDERED.**

**Dated:** September 8, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**